| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | MICHAEL G. TIERNEY |
|   | Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
 UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-po-00291-EPG |
|---|---|
| Plaintiff, | [Citation #6043949 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| HUNTINGTON DALY, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00291-EPG [Citation #6043949] against HUNTINGTON DALY without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 6, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　By:　　/s/ Darin Rock
　　　　　　　　　　　　　　　　　　　　　　DARIN ROCK
　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00291-EPG [Citation #6043949] against HUNTINGTON DALY be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **December 6, 2017**     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE